IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ERIC F. VELA, | |
|---|---|
| Petitioner, | 4:18CV3046 |
| vs. | |
| SCOTT R. FRAKES, Director, | ORDER |
| Respondent. | |

Petitioner has filed a Petition for Writ of Habeas Corpus ([Filing No. 1](#)) and an Application to Proceed in District Court Without Prepaying Fees or Costs ([Filing No. 2](#)). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (see inmate trust account statement at [Filing No. 3](#)), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a). Accordingly,

**IT IS ORDERED:** Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs ([Filing No. 2](#)) is granted.

Dated this 29th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge