IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERICK FERNANDO VELA, | ) | 4:18CV3046 |
| | ) | |
| Petitioner, | ) | |
| | ) | JOINT |
| v. | ) | STATUS REPORT |
| | ) | |
| ROB JEFFREYS, Director, | ) | |
| Nebraska Department of Correctional | ) | |
| Services, | ) | |
| | ) | |
| Respondent. | ) | |

The parties submit this joint status report in accordance with this Court's prior text order (Filing No. 47):

1. On May 18, 2018, this Court granted Petitioner's motion to stay proceedings, pending the resolution of his state court postconviction proceedings. (Filing No. 9).

2. The Petitioner's state court postconviction proceedings have not been resolved and are pending in the District Court of Madison County, Nebraska.

3. Undersigned counsel for the parties anticipate there will be progression of the state court proceedings with the understanding that the state court records of the Petitioner's capital case are voluminous and have necessarily involved considerable time to gather, review and organize.

4. In addition, there remain legal and factual matters that must first be resolved in the District Court of Madison County, Nebraska.

5. The parties agree that the stay in this case should not be lifted at this time, consistent with this Court's order (Filing No. 9), because the state court proceedings have not been resolved.

6. The Respondent has no objection to continuing the stay and abeyance of this case.

7. In view of the outstanding matters pending before the state court, the parties suggest that this Court allow six months before requiring another status report.

| | |
|---|---|
| Erick Vela, Petitioner | Rob Jeffreys, Respondent, |
| By: s/Jerry M. Hug<br>Hug & Jacobs LLC<br>209 S 19th St, Suite 323<br>Omaha NE 68102<br>jerry@hugandjacobs.com | By: Mike Hilgers, 24483<br>Nebraska Attorney General<br><br>By: s/Stacy M. Foust, # 23636<br>Assistant Attorney General<br>2115 State Capitol Building<br>Lincoln, NE 68509-8920<br>Stacy.Foust@nebraska.gov |
| and<br>By: s/Susanne Bales<br>TN Bar No. 017868<br>Assistant Federal Community Defender | |
| | By: s/Michael B. Guinan<br>Assistant Attorney General<br>2115 State Capitol Building<br>Lincoln, NE 68509-8920<br>Michael.Guinan@nebraska.gov |
| s/Mary M. Kincaid<br>AZ Bar No. 030837<br>Assistant Federal Community Defender | |
| Federal Defender Services of Eastern Tennessee, Inc<br>800 S. Gay Street, Suite 2400<br>Knoxville TN 37929<br>Telephone: (865) 637-7979<br>Fax: (865) 637-7999<br>Email: Susanne_Bales@fd.org | Counsel for Respondent |
| Counsel for Mr. Vela | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed the foregoing JOINT STATUS REPORT, with the Clerk of the District Court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/Susanne Bales